1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
        A Limited Liability Partnership
2       Including Professional Corporations
   GREGORY F. HURLEY, Cal. Bar No. 126791
3  ghurley@sheppardmullin.com
   MICHAEL J. CHILLEEN, Cal. Bar No. 210704
4  mchilleen@sheppardmullin.com
   650 Town Center Drive, 10th Floor
5  Costa Mesa, California 92626-1993
   Telephone:  714.513.5100
6  Facsimile:   714.513.5130

7  Attorneys for Defendant,
   HASTINGS VILLAGE
8  INVESTMENT COMPANY, L.P.

9              UNITED STATES DISTRICT COURT

10         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

| 12 | LLOYD MOSLEY, | Case No. |
|----|---|---|
| 13 | Plaintiff, | **NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT** |
| 14 | v. | |
| 15 | HASTINGS VILLAGE INVESTMENT COMPANY, L.P. AND DOES 1-20, | Los Angeles County Superior Court Case No.: 20GDCV00633 |
| 16 | | |
| 17 | Defendants. | Action Filed:   August 26, 20202<br>Trial Date:       None Set |

1 | **TO THE CLERK OF THE UNITED STATES DISTRICT COURT,**
2 | **CENTRAL DISTRICT OF CALIFORNIA:**
3 |   **PLEASE TAKE NOTICE** that defendant Hastings Village Investment
4 | Company, L.P. (Defendant") hereby removes to this Court the state court action
5 | described below:
6 |   I. **FILING AND SERVICE OF THE COMPLAINT.**
7 |   1. On or about August 3, 2020, plaintiff Lloyd Mosley ("Plaintiff")
8 | commenced an action in the Superior Court of the State of California for the County
9 | of Los Angeles, Case Number 20GDCV00633, by filing a Complaint entitled
10 | *"Lloyd Mosely v. Hastings Village Investment Company, L.P., and Does 1-20"*
11 |   2. On August 26, 2020, Plaintiff served the Complaint on Defendant. True
12 | and correct copies of the Summons and Complaint and all other documents are
13 | attached hereto as Exhibit "A".  Defendant has not yet responded to the Complaint.
14 | To Defendant's knowledge, no other defendant has been served or named.  *See*
15 | *Salveson vs. Western States Bankcard Ass'n*, 731 F.2d 1423, 1429 (9th Cir. 1984)
16 | (defendant need not join in or consent to the notice of removal if the nonjoining
17 | defendant has not been served with process in the state action at the time the notice
18 | of removal is filed.).
19 |   II. **THIS COURT HAS FEDERAL QUESTION JURISDICTION.**
20 |   3. This action is a civil action for which this Court has original
21 | jurisdiction pursuant to 28 U.S.C. § 1331 and is one which may be removed
22 | pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1443, in that it appears from the
23 | Complaint that Plaintiff has filed a civil rights action, and his claims are founded on
24 | a claim or right arising under the laws of the United States.
25 |   4. More specifically, it appears from the Complaint that this is a civil
26 | rights action alleging violations of the Americans with Disabilities Act, 42 U.S.C. §
27 | 12182 *et seq*.  (Complaint ¶¶ 16, 17, 19 and 20).
28 |

### III. THIS NOTICE OF REMOVAL IS TIMELY AND PROPERLY FILED.

5. The filing of this Notice of Removal is filed within the time period required under 28 U.S.C. § 1446(a).

6. Defendant will give written notice of the filing of this Notice of Removal to all adverse parties as required by 28 U.S.C. § 1446(d) and will file a copy of this Notice of Removal within the law division of the Superior Court of California, County of Los Angeles, as further required by that Section.

7. Venue is proper in this Court because the action is being removed from the Superior Court in the County of Los Angeles.

8. The undersigned counsel for Defendant has read the foregoing and signs the Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(a).

WHEREFORE, Defendant prays that the above action now pending against it in the Superior Court of the County of Los Angeles be removed to this Court.

Dated: September 9, 2020

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    /s/ *Gregory F. Hurly*
GREGORY F. HURLEY
MICHAEL J. CHILLEEN
Attorneys for Defendant,
HASTINGS VILLAGE
INVESTMENT COMPANY, L.P.